JANUARY 6, 2006

No. 04–1477. JONES v. FLOWERS ET AL. Sup. Ct. Ark. [Certiorari granted, 545 U. S. 1165.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 05–200. EMPIRE HEALTHCHOICE ASSURANCE, INC., DBA EMPIRE BLUE CROSS BLUE SHIELD v. MCVEIGH, AS ADMINSTRATRIX OF THE ESTATE OF MCVEIGH. C. A. 2d Cir. Certiorari granted.

No. 05–352. UNITED STATES v. GONZALEZ-LOPEZ. C. A. 8th Cir. Certiorari granted.

No. 05–502. BRIGHAM CITY, UTAH v. STUART ET AL. Sup. Ct. Utah. Certiorari granted.

No. 05–18. ARLINGTON CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION v. MURPHY ET VIR. C. A. 2d Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 05–409. KIRCHER ET AL. v. PUTNAM FUNDS TRUST ET AL. C. A. 7th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 05–5992. ZEDNER v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

JANUARY 9, 2006

No. 05–464. NELSON, SECRETARY OF STATE OF SOUTH DAKOTA v. QUICK BEAR QUIVER ET AL. Appeal from D. C. S. D. dismissed as moot.